STATE OF NEW JERSEY v. MICHAEL D. RUSSO.

February 28, 1978. Petition for certification denied.

DANIEL STETTLER v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPT. OF LABOR & INDUSTRY.

February 28, 1978. Petition for certification denied.

ROBERT GERSON v. WILLIAM JEMISON.

February 28, 1978. Petition for certification denied.

NATIONAL KINNEY CORPORATION v.
CITY OF JERSEY CITY.

February 28, 1978. Petitions for certification denied.

CALVIN C. WEEDO v. STONE-E-BRICK, INC. v. PENNSYLVANIA NATIONAL INSURANCE COMPANY. (See 155 *N. J. Super.* 474)

GUS GELLAS v. ALFRED VIVINO AND JAMES FREY v. PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY.

February 28, 1978. Petition for certification granted.